| PROB 22<br>(Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)*<br>5:00CR00517-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br><br>07 NOV 13 AM 10: 42 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Cazzie Lenard Roberts | DISTRICT<br><br>SOUTHERN DISTRICT OF TEXAS | DIVISION<br>Laredo |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Keith P. Ellison | |

FILED
U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>December 22, 2004 | TO<br>December 21, 2008 |
|---|---|---|

**OFFENSE**

Possess with intent to distribute 2,166 pounds of marijuana, in violation of 21 U.S.C. § 841(b)(1)(B)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Middle District of Alabama on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

2007 OCT A II: 25 RECEIVED

___6/26/07___
Date

_____George P. Kazen_____
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Alabama

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

___18 October 2007___
*Effective Date*

_____
United States District Judge



RECEIVED
JUL 0 5 2007
U.S. PROBATION OFFICE
MONTGOMERY, ALABAMA