UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

MAY 16 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO: L-00-517 |
| CAZZIE LENARD ROBERTS | § § | |

2:07cr306-MEF

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about April 30, 2000, in the Southern District of Texas and within the jurisdiction of this Court, defendant,

**CAZZIE LENARD ROBERTS,**

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, to-wit: a quantity in excess of 100 kilograms, that is, approximately 2166 pounds (gross weight) of marijuana.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:

███████████████
FOREMAN OF THE GRAND JURY

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

By: _/s/ Joel R. Gonzalez_
JOEL R. GONZALEZ
Assistant United States Attorney

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By_____
Deputy clerk

AO 245B (Rev 8/96) Judgment in a Criminal Case

# United States District Court
## Southern District of Texas
Holding Session in **Laredo**

SEP 28 2000

SEP 2 9 2000
ENTERED
Michael N. ...lby, Clerk
Laredo Division

UNITED STATES OF AMERICA

v.

**CAZZIE LENARD ROBERTS**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **5:00CR00517-001**

**LUIS SINGLETARY**
Defendant's Attorney

☐ See Additional Aliases - Sheet

**THE DEFENDANT:**

☑ pleaded guilty to count(s) ONE ON 07/17/00
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841(b)(1)(B) | POSSESS WITH INTENT TO DISTRIBUTE 2,166 POUNDS OF MARIHUANA | 04/30/2000 | ONE |

☐ See Additional Counts of Conviction - Sheet

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Social Security No.: ███
Defendant's Date of Birth: ███
Defendant's USM No.: ███
Defendant's Residence Address: ███

Defendant's Mailing Address:
1657 COUNTY RD.
GREENSBORO, AL 36744

September 25, 2000
Date of Imposition of Judgment

Signature of Judicial Officer

**HONORABLE KEITH P. ELLISON**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judicial Officer

28 September 2000
Date

TRUE COPY I CERTIFY
ATTEST
Michael N. Milby, Clerk
By _____ Deputy clerk

DEFENDANT:    CAZZIE LENARD ROBERTS                              Judgment - Page  2  of  6
CASE NUMBER: 5:00CR00517-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___57___ month(s).
The defendant was advised of the right to appeal sentence, including right to appeal in forma pauperis, upon proper documentation.

☐ See Additional Imprisonment Terms - Sheet
☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
　☐ _____ on _____
　☐ as notified by the United States Marshal.
☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ by 2 p.m. on _____
　☑ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
　　Deputy U.S. Marshal

AO 245B (Rev. 8/96) Supervised Release

**DEFENDANT:** CAZZIE LENARD ROBERTS  
**CASE NUMBER:** 5:00CR00517-001

Judgment - Page 3 of 6

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of ____4____ year(s).

☐ See Additional Supervised Release Terms - Sheet

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*
The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)

☑ The defendant shall not possess a firearm as defined in 18 U.S.C.§ 921. (Check, if applicable)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The

☑ See Special Conditions of Supervision - Sheet 3.01

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the Court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;
14) if restitution has been ordered, the defendant shall make restitution as ordered by the Court and in accordance with the applicable provisions of Title 18 U.S.C. § 2248, 2259, 2264, 2327, 3663, 3663A, and/or 3664. The defendant shall also pay the assessment imposed in accordance with Title 18 U.S.C. § 3013;
15) the defendant shall notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

AO 245B (Rev. 8/96) Supervised Release

**DEFENDANT: CAZZIE LENARD ROBERTS**
**CASE NUMBER: 5:00CR00517-001**

## SPECIAL CONDITIONS OF SUPERVISION

The defendant is required to perform 50 hours of community service as approved by the probation officer to be completed within the first year of the term supervised release..

**DEFENDANT:** CAZZIE LENARD ROBERTS
**CASE NUMBER:** 5:00CR00517-001

Judgment - Page 4 of 6

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $100.00 | | |

☐ If applicable, restitution amount ordered pursuant to plea agreement ............ _____

☐ See Additional Terms for Criminal Monetary Penalties - Sheet

## FINE

☐ The above fine includes costs of incarceration and/or supervision in the amount of _____ $0.00

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612 (f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612 (g).

☐ The Court determined that the defendant does not have the ability to pay interest and it is ordered that
   ☐ The interest requirement is waived.
   ☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until_____ . An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| **Name of Payee** | **\*\*Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | |

☐ See Additional Victims

\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

| | |
|---|---|
| DEFENDANT: CAZZIE LENARD ROBERTS | Judgment - Page 5 of 6 |
| CASE NUMBER: 5:00CR00517-001 | |

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of total fine and other criminal monetary penalties shall be due as follows:

A  [✓] in full immediately; or

B  [ ] _____ immediately, balance due (in accordance with C, D, or E); or

C  [ ] not later than _____ ; or

D  [ ] in installments to commence _____ day(s)
In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  [ ] in _____ (e.g. equal, weekly, monthly, quarterly) installments of _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**Make all payments payable to: U.S. District Clerk, P.O. Box 597, Laredo, TX 78042-0597**

[ ] Joint and Several

| Case Number (Including Defendant No.) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

[ ] See Additional Forfeited Property - Sheet

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program, are to be made as directed by the Court, the probation officer, or the United States Attorney.

**DEFENDANT:** CAZZIE LENARD ROBERTS  
**CASE NUMBER:** 5:00CR00517-001

Judgment - Page 6 of 6

# STATEMENT OF REASONS

☐ The Court adopts the factual findings and guideline application in the presentence report.

**OR**

☑ The Court adopts the factual findings and guideline application in the presentence report except:
The Court finds that the defendant qualifies for a 2 level decrease pursuant to U.S.S.G. § 2D1.1 (b)(6).

☐ See Additional Findings and Guideline Application Exceptions - Sheet

**Guideline Range Determined by the Court:**

Total Offense Level: 25

Criminal History Category: I

Imprisonment Range: 57 to 71 months.

Supervised Release Range: 4 to 5 years.

Fine Range: $10,000.00 to $2,000,000.00

☑ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: _____

☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of

☐ Partial or no restitution is ordered for the following reason(s):

☑ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

**OR**

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

☐ See Additional Reasons for Point Within Range - Sheet

**OR**

☐ The sentence departs from the guideline range:
☐ upon motion of the government, as a result of defendant's substantial assistance.
☐ for the following specific reason(s):

☐ See Additional Reasons For Departure From The Guideline Range - Sheet

```
************************************************************************************************
                                      FEDERAL COURT SYSTEMS
RUN ON 11/21/07                       SOUTHERN DISTRICT OF TX                          PAGE: 1
                                      CASE INQUIRY REPORT
************************************************************************************************

CASE NO: 5:00-CR-517-1      TITLE: USA VS CAZZIE LENARD ROBERTS
------------------------------------------------------------------------------------------------

     DEFENDANT #                 ORDERED AMOUNT    AMOUNT PAID    BALANCE DUE    ACCOUNT   PAYMENT TYPE
1    CAZZIE LENARD ROBERTS              100.00         100.00           0.00     504100    SPECIAL ASSESSMENT
                                  ---------------  ---------------  ---------------
                                         100.00         100.00           0.00
```

| TRANSACTION | RECEIPT/<br>VOUCHER<br>NUMBER | RECEIPT/<br>VOUCHER<br>DATE | INCREASE/<br>(DECREASE)<br>CASE BAL | TYPE OF<br>TRANS-<br>ACTION | ACCOUNT<br>NUMBER | DEFENDANT<br>PAYEE/BANK<br>NUMBER | U.S.<br>TREASURY | COMMERCIAL<br>BANKS | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| RECEIVED | 40404444401 | 01/06/02 | 25.00 | CH | 504100 | 1 | | | 25.00 |
| RECEIVED | 40404721401 | 05/05/02 | 25.00 | CH | 504100 | 1 | | | 25.00 |
| RECEIVED | 40405002501 | 07/06/02 | 25.00 | CH | 504100 | 1 | | | 25.00 |
| RECEIVED | 40405250001 | 09/08/02 | 25.00 | CH | 504100 | 1 | | | 25.00 |

```
********** CASE SUMMARY **********

TOTAL CASE BALANCE:                       100.00

BALANCE IN U.S. TREASURY:                                                    0.00
CASE DEPOSITORY MAINT. BALANCE :                                             0.00

BALANCE IN COMMERCIAL BANKS:                                                                 0.00
CASE DEPOSITORY MAINT. BALANCE     :                                                         0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                                                          100.00


TYPE OF TRANSACTION:
AD: ADJUSTMENT-388800           AJ: ADJUSTMENT           BV: BANK VOUCHER
BD: DIRECT BANK DEPOSIT         BT: BANK TRANSFER        CC: CREDIT CARD          CH: CASH
CK: CHECK                       CL: COLLATERAL           CN: CONVERSION           CR: CASE REFUND
CV: CASE VOUCHER                DW: DIRECT WITHDRAWL     DV: DEBIT VOUCHER        FF: FORFEITURE
I : INTEREST                    MO: MONEY ORDER          TR: TRANSFER             VD: VOID
```

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:00-cr-00517 All Defendants
### Internal Use Only

Case title: USA v. Roberts  
Magistrate judge case number: 5:00-mj-01701

Date Filed: 05/16/2000  
Date Terminated: 09/25/2000

Assigned to: Judge Keith P Ellison

**Defendant**

**Cazzie Lenard Roberts** (1)  
*TERMINATED: 09/25/2000*

represented by **Federal Public Defender**  
P. O. Box 1562  
Laredo, TX 78042-1562  
Fax: INS_lfpd  
*TERMINATED: 06/07/2000*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Luis Manuel Singleterry**  
Attorney at Law  
300 E Pecan Blvd  
McAllen, TX 78501  
956-6878344  
Fax: 956-687-5759  
Email: todobuilt@aol.com  
*TERMINATED: 09/25/2000*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**

21:841A=MD.F MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE. PENALTY: 5 to 40 yrs. and/or $2 million; $100 CVF; 4 yrs. term of supervised release.  
(1)

**Disposition**

Sentence: 57 mos. to serve; 4 yrs. TSR; NO fine; 50 hrs. community service w/in 1st yr. of TSR as directed by Probation Department. $100 CVF.

**Highest Offense Level (Opening)**

Felony

TRUE COPY I CERTIFY ATTEST: Michael N. Milby, Clerk By: Deputy clerk

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

None

---

**Plaintiff**

USA                                    represented by   **US Pretrial Svcs-La**
                                                        PO Box 1460
                                                        Laredo, TX 78042-1460
                                                        956-794-1030 fax
                                                        Fax: 956-790-1743
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

                                                        **US Probation - L**
                                                        1300 Victoria, Ste 2111
                                                        Laredo, TX 78040
                                                        956-726-2915 fax
                                                        Fax: 956-726-2915 fax
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

                                                        **Joel Rene Gonzalez**
                                                        Office of the US Attorney
                                                        800 N Shoreline Blvd
                                                        Ste 500
                                                        Corpus Christi, TX 78401
                                                        361-888-3111
                                                        Fax: 361-888-3200
                                                        Email: joel.gonzalez@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2000 | | ARREST of Cazzie Lenard Roberts [ 5:00-m -1701 ] (nortiz) (Entered: 05/01/2000) |
| 05/01/2000 | | COMPLAINT as to Cazzie Lenard Roberts , filed. [ 5:00-m -1701 ] |

| | | |
|---|---|---|
| | | (nortiz) (Entered: 05/01/2000) |
| 05/01/2000 | | AO 257 Information Sheet as to Cazzie Lenard Roberts , filed. [ 5:00-m -1701 ] (nortiz) (Entered: 05/01/2000) |
| 05/01/2000 | | Initial appearance as to Cazzie Lenard Roberts held before Magistrate Judge Marcel C. Notzon; Appearances: K. Warzecha, DEA Agent, M. Castillo, AUSA, R. Valdez, PSO; Deft requested attorney; FPD apptd; Bond set: $75,000.00 c/s; Remanded to custody ;Preliminary Examination set for 11:00 5/11/00 for Cazzie Lenard Roberts Ct Reporter: R. Moncivais Tape Number: 1 (10-1782) Interpreter: None (Defendant informed of rights.) , filed. [ 5:00-m -1701 ] (nortiz) (Entered: 05/01/2000) |
| 05/01/2000 | | CJA 23 FINANCIAL AFFIDAVIT by Cazzie Lenard Roberts , filed. [ 5:00-m -1701 ] (nortiz) (Entered: 05/01/2000) |
| 05/01/2000 | | ORDER Appointing Federal Public Defender for Cazzie Lenard Roberts . Attorney Federal Public Defender added. ( Appointed by Magistrate Judge Marcel C. Notzon ), entered. [ 5:00-m -1701 ] (nortiz) (Entered: 05/01/2000) |
| 05/16/2000 | 1 | INDICTMENT as to Cazzie Lenard Roberts (1) count(s) 1 , filed. (Preliminary Examination cancelled.) (mmarquez) (Entered: 05/25/2000) |
| 05/16/2000 | | (Court only) **Added Government Attorney Joel Rene Gonzalez (mmarquez) (Entered: 05/25/2000) |
| 05/16/2000 | | (Court only) **Added Pretrial Services, and Probation Office (mmarquez) (Entered: 05/25/2000) |
| 05/16/2000 | 2 | NOTICE of Setting : set Arraignment for 8:00 5/25/00 for Cazzie Lenard Roberts before Magistrate Judge Marcel C. Notzon , filed. Parties ntfd. (mmarquez) (Entered: 05/25/2000) |
| 05/19/2000 | 3 | ORDER to modify Bond to $75,000.00 with a $5,0000.00 cash deposit, to include a curfew to be set by Pretrial Services with electronic monitoring and one family member signing as co-surety, along with the additional bond conditions as set out by Pretrial Services as to Cazzie Lenard Roberts. ( by Magistrate Judge Marcel C. Notzon ), entered. Parties ntfd. (mmarquez) (Entered: 05/27/2000) |
| 05/23/2000 | 4 | Appearance BOND with Order Setting Conditions of Release entered by Cazzie Lenard Roberts in Amount $75,000.00 and $5,000.00 in cash, filed. ( Signed by Magistrate Judge Marcel C. Notzon ) Depositor: Tabitha Latrale Roberts, 1657 County Road 21, Greensboro, Al. 36744 (334) 624-5648. (mmarquez) (Entered: 05/27/2000) |
| 05/25/2000 | 5 | Arraignment reset to 5/31/00 at 11:00 a.m., before Magistrate Judge Marcel C. Notzon Ct Reporter: ERO; Tape Number: 1, Defendant was not aware fo setting. (mmarquez) (Entered: 06/01/2000) |
| 05/31/2000 | 6 | Arraignment not held before Magistrate Judge Marcel C. Notzon: Federal Public Defender Adriana Arce-Flores advised telephonically that she has |

| | | |
|---|---|---|
| | | not been able to contact deft. to advise of arraignment. But, she has received a phone call from an attorney, Chris Weaver of McAllen, who is filing a motion to substitute and a waiver of speedy trial, filed. (mmarquez) (Entered: 06/01/2000) |
| 06/05/2000 | 7 | MOTION by Cazzie Lenard Roberts to extend time to file pre-trial motions , filed. (mmarquez) (Entered: 06/05/2000) |
| 06/07/2000 | 10 | ORDER granting [8-1] motion to substitute attorney. Terminated Federal Public Defender for Cazzie Lenard Roberts Added Luis Manuel Singleterry ( Signed by Judge Keith P. Ellison ), entered. Parties ntfd. (mmarquez) (Entered: 06/08/2000) |
| 06/08/2000 | 8 | MOTION by Cazzie Lenard Roberts to substitute attorney , filed. (mmarquez) (Entered: 06/08/2000) |
| 06/08/2000 | 9 | WAIVER of Speedy Trial Limits by Cazzie Lenard Roberts, filed. (mmarquez) (Entered: 06/08/2000) |
| 06/09/2000 | 11 | NOTICE of Setting : set Arraignment for 11:00 6/12/00 for Cazzie Lenard Roberts before Magistrate Judge Marcel C. Notzon , filed. Parties ntfd. (mmarquez) (Entered: 06/12/2000) |
| 06/12/2000 | 12 | Arraignment held before Magistrate Judge Marcel C. Notzon Ct Reporter: ERO; Tape Number: 1 (0-149); Appea: Garcia-Marmolejo f/govt; Luis M Singleberry, (retained) f/deft; Cazzie Lenard Roberts (1) count(s) 1 , filed., Plea of Not Guilty: , Cazzie Lenard Roberts (1) count(s) 1 . Scheduling dates set. Bond continued. (mmarquez) (Entered: 06/13/2000) |
| 06/12/2000 | 13 | SCHEDULING ORDER setting Motion Filing deadline on 10:00 6/26/00 for Cazzie Lenard Roberts ; Motion Response deadline 7/5/00; Pretrial Conference for 1:30 7/17/00; Jury Selection for 8:00 7/31/00 before Judge Keith P. Ellison , entered. Parties ntfd. (mmarquez) (Entered: 06/13/2000) |
| 07/17/2000 | 14 | Re-Arraignment held before Judge Keith P. Ellison Ct Reporter: Leticia Gomez Interpreter: Derek Sully, Appearances: Joel Gonzalez f/AUSA, Luis Maneul Singleterry f/Deft, Cazzie Lenard Roberts (1) count(s) 1 , filed., Plea of Guilty: Cazzie Lenard Roberts (1) count(s) 1 . Written plea agreement. Order for PSI. Sentencing set for 9/25/00 at 1:00 PM. Bond continued. (vcaballero) (Entered: 07/18/2000) |
| 07/17/2000 | 15 | Plea Agreement as to Cazzie Lenard Roberts , filed. (vcaballero) (Entered: 07/18/2000) |
| 07/17/2000 | 16 | FACTUAL BASIS for Guilty Plea by USA as to Cazzie Lenard Roberts , filed. (vcaballero) (Entered: 07/18/2000) |
| 07/17/2000 | 17 | ORDER for Disclosure of PSI , PSI completion by 8/21/00 for Cazzie Lenard Roberts , Sentencing set for 1:00 9/25/00 for Cazzie Lenard Roberts before Judge Keith P. Ellison (), entered. Parties ntfd. (vcaballero) (Entered: 07/18/2000) |

| | | |
|---|---|---|
| 09/07/2000 | 18 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Cazzie Lenard Roberts , filed. (vcaballero) (Entered: 09/12/2000) |
| 09/07/2000 | 19 | SEALED Confidential Sentencing Recommendation regarding Cazzie Lenard Roberts to the Court, filed and placed in vault. (vcaballero) (Entered: 09/12/2000) |
| 09/25/2000 | 20 | Sentencing held before Judge Keith P. Ellison Ct Reporter: L. Gomez; Interpreter: Derek Sully; Appearances: Joel Gonzalez f/govt; Luis Manuel Singleterry f/deft; Cazzie Lenard Roberts (1) count(s) 1. Sentence: 57 mos. to serve; 4 yrs. TSR; NO fine; 50 hrs. community service w/in 1st yr. of TSR as directed by Probation Department. $100 CVF. , filed. US Probation Officer: Sonia Martinez. Defendant ordered to surrender to institution when designated. Bond continued. (mmarquez) (Entered: 09/26/2000) |
| 09/25/2000 | | (Court only) **Case closed as to all defendants: Cazzie Lenard Roberts (mmarquez) (Entered: 09/26/2000) |
| 09/28/2000 | 21 | JUDGMENT as to , Cazzie Lenard Roberts (1) count(s) 1 ( Signed by Judge Keith P. Ellison ), entered. Parties ntfd. (mmarquez) (Entered: 09/29/2000) |
| 11/06/2000 | 22 | ORDER to Surrender for Cazzie Lenard Roberts on Tuesday, November 28, 2000 at 2:00 p.m. at FCI Montgomery ( Signed by Judge Keith P. Ellison ) , entered. Parties ntfd. (mmarquez) (Entered: 11/07/2000) |
| 11/29/2000 | 23 | NOTICE of surrender as to Cazzie Lenard Roberts , filed. Deft. surrendered on 11/28/00 @ FCI Montgomery. (mmarquez) (Entered: 11/30/2000) |
| 12/11/2000 | 24 | ORDER to Disburse Bond as to Cazzie Lenard Roberts ( Signed by Judge Keith P. Ellison ), entered. In the Amount of $ 5,000.00 to Depositor: Tabitha Latrale Roberts. Parties ntfd. (mmarquez) (Entered: 12/12/2000) |
| 11/13/2001 | 25 | MOTION by Cazzie Lenard Roberts To correct Judgment , filed. (bmendoza) (Entered: 11/13/2001) |
| 11/15/2001 | 26 | ORDER denying [25-1] motion To correct Judgment as to Cazzie Lenard Roberts (1), The court has reviewed the record of this case and the law. Deft has received all credit to which he is entitled. ( Signed by Judge Keith P. Ellison ), entered. Parties ntfd. (bmendoza) (Entered: 11/15/2001) |
| 05/14/2002 | 27 | MOTION by Cazzie Lenard Roberts To Amend and Correct PSI , filed. (bmendoza) (Entered: 05/14/2002) |
| 05/20/2002 | 28 | ORDER denying deft's[27-1] amended motion To Amend and Correct PSI as to Cazzie Lenard Roberts (1) ( Signed by Judge Keith P. Ellison ), entered. Parties ntfd. (bmendoza) (Entered: 05/20/2002) |
| 06/26/2002 | 29 | MOTION by Cazzie Lenard Roberts to amend and correct , filed. (bmendoza) (Entered: 06/27/2002) |

| | | |
|---|---|---|
| 07/01/2002 | 30 | MEMORANDUM AND ORDER as to Cazzie Lenard Roberts denying [29-1] motion to amend and correct PSI as to Cazzie Lenard Roberts (1) ( signed by Judge Keith P. Ellison ), entered. Parties ntfd. (bmendoza) (Entered: 07/02/2002) |
| 11/13/2007 | 🔴 31 | Supervised Release Jurisdiction Transferred to Middle District of Alabama, Montgomery Division as to Cazzie Lenard Roberts,filed. (mmarquez) (Entered: 11/26/2007) |